UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                         Case No. 8:08-CR-404-T-27MAP

TAM FUK YUK
CHUN HEI LAM
YOU XUAN ZHENG
DONG MING MOA
CHAO NAN CHEN
GUO CHANG TAN
JIAN LI TAN
_____/

### ORDER

**BEFORE THE COURT** are four motions to seal filed by TAM FUK YUK and CHUN HEI LAM in conjunction with their respective *ex parte* motions to travel, and TAM FUK YUK's *ex parte* motion to hire an interpreter. Due to the extraordinary nature of the travel requests, the motions to seal are DENIED. The Clerk is directed to return the *ex parte* motions to counsel.

Defendants are granted leave to re-file the motions, with copies served on counsel of record. If re-filed, Defendants need not divulge defense strategy, work product or investigative information. A hearing will be conducted on any re-filed motions. At that time, counsel shall be prepared to file a verified summary of the reasons for any travel request, including information relevant to the necessity of any requested travel.

**DONE AND ORDERED** in chambers this 8th day of April, 2009.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record